06-

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YORN YIM, et. al.,<br><br>　　　　　　Defendants. | 1:06-CR-313 AWI<br><br>ORDER SHORTENING TIME FOR GOVERNMENT'S MOTION TO DESTROY EVIDENCE PURSUANT TO NOTICE OF DESTRUCTION OF DRUGS EXCEEDING "THRESHOLD AMOUNT" (21 U.S.C. § 881(f)(2) and 28 C.F.R. § 50.21 |

　　　The Government noticed its intent to destroy the marijuana evidence seized in this case from a marijuana garden in Yuba City on September 19, 2006.  The Defendant Savath Prak filed an <u>ex parte</u> motion for an order to prevent such destruction.  Given the government's concern for prolonged retention of the evidence and the dangers alleged to be inherent therein,

　　　IT IS HEREBY ORDERED that the defendant's motion for an order preventing destruction of the fresh marijuana seized in this shall be heard on October 10, 2006 at the time of 9:00 a.m. in Courtroom 2.

　　　IT IS HEREBY FURTHER ORDERED that co-defendants may file and serve related motions by 4:00 p.m. September 29, 2006 and that the government may file and serve any response by 4:00 p.m. October 4, 2006.

IT IS SO ORDERED.

**Dated:    September 22, 2006**　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1