```
 1  ROGER K. LITMAN, 57634
    Attorney at Law
 2  Civic Center Square
    2300 Tulare Street, Suite 230
 3  Fresno, California 93721
    Telephone: (559) 237-6000
 4
    Attorney for Defendant, SOTHORN DAMLONG
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,      )    CASE NO.  06-00313 LJO
10                                 )
          Plaintiff,                )
11                                 )    **STIPULATION AND ORDER**
          v.                        )
12                                 )
    SOTHORN DAMLONG,                )
13                                 )
          Defendant.                )
14  _____)
```

15      The parties hereto, by and through their respective attorneys, stipulate and
16  agree that Sentencing scheduled for October 3, 2008 be continued until October
17  31, 2008 at 8:30 a.m. in the above-entitled court.

18      The requested continuance is appropriate because this case has recently
19  been reassigned within the United States Attorney's Office.  Defense counsel and
20  the newly assigned Assistant United States Attorney need additional time to review
21  the emails exchanged between defense counsel and the prosecutor's predecessor
22  concerning the extent to which Mr. Damlong is entitled to assistance from the
23  government so as to permit him to receive a sentence below the mandatory
24  minimum.  In addition, defense counsel requested, pursuant to Rule 12, specified
25  discovery relevant to the issue of sentencing.  The additional time will allow Ms.
26  Escobar to obtain the requested document or, in the event the parties are unable
27  to agree to Mr. Damlong's entitlement to the requested document, will afford
28  defense counsel sufficient time to file an appropriate pleading.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: October 1, 2008 /s/ Kimberly Sanchez
KAREN ESCOBAR
Assistant United States Attorney
**This was agreed to by Ms. Escobar via email on October 1, 2008**

DATED: October 1, 2008 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
SOTHORN DAMLONG

THE COURT FINDS GOOD CAUSE TO CONTINUE THE SENTENCING, AND THE HEARING IS THEREFORE CONTINUED TO OCTOBER 31, 2008 AT 8:30 A.M..

IT IS SO ORDERED.

**Dated:   October 1, 2008**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE